**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Naresh Kumar,

Petitioner,

v.

Unknown Party, et al.,

Respondents.

No. CV-26-06087-PHX-LCK

**ORDER**

Petitioner filed this action under 28 U.S.C. § 2241 challenging his immigration detention. (Doc. 1.) The Court ordered Respondents to show cause why the Petition should not be granted. (Doc. 4.) In the Response, Respondents state: "Respondents do not oppose the habeas petition." (Doc. 7.) The Court accepts this concession as non-opposition to granting the Petition.

**IT IS ORDERED:**

(1) Petitioner's Petition for Writ of Habeas Corpus (Doc. 1) is **granted**.

(2) Respondents must **immediately release** Petitioner from custody under the same conditions that existed before his detention.

(3) Respondents must provide a notice of compliance within **two days** of this Order.

(4) Absent a significant change in Petitioner's circumstances, Respondents and their agents are **enjoined** from re-detaining Petitioner without seven (7) days prior written notice and an opportunity for Petitioner to be heard by a neutral judge on the reasons for

the re-detention and consideration of bond, at which hearing the government must bear the burden of demonstrating by clear and convincing evidence that Petitioner is likely to flee or pose a danger to the community if not detained.

(4) Any motion for fees and costs pursuant to 28 U.S.C. § 2412 shall be filed within **30 days** of final judgment. *See* 5 U.S.C. § 504; 28 U.S.C. § 2412(d)(1)(B), (d)(2)(G).

(5) Any pending motions are **denied as moot** and the Clerk of Court must enter judgment in Petitioner's favor and close this case.

Dated this 8th day of September, 2026.

Lynnette C. Kimmins

Honorable Lynnette C. Kimmins
United States Magistrate Judge